**"Exhibit 1"**

FROM : BOB TRAN                                  PHONE NO. : 408 947 1761              Dec.  04 2007 07:57PM P2

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

| RECEIPT NUMBER | | CASE TYPE I130 IMMIGRANT PETITION FOR RELATIVE, |
| WAC-04-125-50933 | | FIANCE(E), OR ORPHAN |
| RECEIPT DATE | PRIORITY DATE | PETITIONER A44 402 433 |
| March 30, 2004 | March 26, 2004 | LE, TIFFANY |
| NOTICE DATE | PAGE | BENEFICIARY |
| September 1, 2004 | 1 of 1 | NGUYEN, HA T. |

| | |
| TIFFANY LE | Notice Type: Approval Notice |
| 2135 LITTLE ORCHARD ST 85 | Section: Parent of U.S. Citizen, 201(b) |
| SAN JOSE CA 95125 | INA |

The above petition has been approved. We have sent the original visa petition to the Department of State, National Visa
Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that
need consular processing. It also determines which consular post is the appropriate consulate to complete visa processing.
NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning(beneficiary) concerning further immigrant visa processing
steps.

If you have any questions about visa issuance, please contact the NVC directly.  However, please allow at least 90 days
before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the
NVC is (603)334-0700.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

*[handwritten]* Abt 200-924-2999.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

Form I-797 (Rev. 11/28/03) N

**"Exhibit 2"**

File Number     A 97 892 567

HA THU NGUYEN
2135 LITTLE ORCHARD STREET
APT #85
SAN JOSE, CA 95125

Your application for status as permanent resident has been retained for processing. You will be notified when further action has been taken in your case. ~~Your request to accept employment has been adjudicated and the result is shown below. This employment authorization is valid only for the time necessary to decide your application for permanent residence.~~

If you change your address, marital, or employment status notify this office, referring to the above file number. To avoid delay in the processing of your application, please do not call or write to inquire about the current status of your case.

Sincerely yours,

DISTRICT DIRECTOR

EMPLOYMENT ☐ GRANTED ☐ DENIED

DATE
OF
ACTION
DO
DR
OIC
OFFICE

Form I-181a (Rev. 3-1-83) N

"Exhibit 3"

*U.S. CITIZENSHIP AND IMMIGRATION SERVICES*
*1887 MONTEREY ROAD*
*SAN JOSE, CALIFORNIA 95112*

*HA NGUYEN*
*2135 LITTLE ORCHARD STREET , APT. #85*
*SAN JOSE, CA 95125*

FILE NUMBER: *A   97 892 567*
DATE: *01/19/2005*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:           *1887 MONTEREY ROAD ROOM 200*
                           *SAN JOSE, CA 95112*

DATE AND TIME:             *02/15/2005*
                           *10 : 00 AM*

OFFICER:

                           *DESK 3*

REASON FOR APPOINTMENT:    *APPLICATION FOR ADJUSTMENT OF STATUS*

## THIS INTERVIEW WILL BE VIDEO TAPED.

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- [X] PETITIONER AND ALL BENEFICIARY(S) MUST BE PRESENT.  BRING THIS LETTER, ALL PASSPORT(S) AND OFFICIAL ID AND MEDICAL EXAM RESULTS.
- [X] BRING ORIGINALS OF ALL DOCUMENTS SUBMITTED WITH YOUR APPLICATION.  BRING ONE COPY OF THE FOLLOWING DOCUMENTS FOR EACH BENEFICIARY:
- [X] A CURRENT LETTER OF EMPLOYMENT FOR YOU, THE PETITIONER AND THE CO-SPONSOR (SALARY, START DATE, AND POSITION).
- [X] ORIGINAL AND ONE COPY OF YOURS AND ANY CO-SPONSOR'S INCOME TAX FORMS WITH W-2'S FOR THE LAST THREE YEARS.
- [X] BRING ALL ORIGINALS AND ONE COPY (FOR EACH FAMILY MEMBER APPLYING WITH YOU) OF THE ITEMS CHECKED BELOW:
- [X] REGISTERED MARRIAGE CERTIFICATE, INSURANCE POLICIES, RENTAL AGREEMENTS, DEEDS, BANK/CREDIT STATEMENTS, CHILDREN'S BIRTH RECORDS.
- [X] UTILITY BILLS, WEDDING PHOTOS, AND ANY OTHER EVIDENCE YOU FEEL WOULD HELP ESTABLISH THAT YOUR MARRIAGE IS BONAFIDE.

* FAILURE TO BRING THE ABOVE MAY RESULT IN DENIAL OF YOUR APPLICATION.
* PLEASE ARRIVE AT LEAST 45 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT. REPORT
TO THE APPOINTMENT LINE AT THE MAIN ENTRANCE OF THE BUILDING.
* FAILURE TO ARRIVE AT YOUR SCHEDULED APPOINTMENT TIME WILL RESULT IN YOUR
APPOINTMENT BEING RESCHEDULED OR CASE DENIED.(DO NOT ARRIVE LATE)
* AFTER ARRIVING IN ROOM 200 PLACE THIS LETTER IN THE BOX AT THE WINDOW AND
WAIT UNTIL YOU ARE CALLED BY AN OFFICER.

**"Exhibit 4"**

**U.S Department of Homeland Security**
U.S. Citizenship and Immigration Services
1887 Monterey Road, San Jose, CA 95112                    Processing Sheet

Application or Petition  Form No.:   1-130 / 485        **File No: A   97 892 567**

JULY 23, 2004

HA THU NGUYEN

2135 LITTLE ORCHARD ST #85

SAN JOSE, CA 95125                    **DM/MO**

---

### *YOU MUST BRING VALID PHOTO IDENTIFICATION TO THIS APPOINTMENT*

*FOR INS USE ONLY:*

*Your application for status as permanent resident has been received.  Please retain your receipts as proof of filing your application.  The normal processing time for application for status as permanent resident is approximately 6-8 months.  You will be notified when further action is taken in your case.*

☒ *Your application for employment authorization has been granted.* **Please report to this office on the first floor Waiting Room EAD counter on** **AUG. 06, 2004 AT 10:45AM**

☐ *Your application for Travel Document has been approved.* **Please report to this office on the 2ⁿᵈ floor, Room 200, on** _____

*D O NOT departs the United States while your application is pending without INS permission. Doing so will constitute the abandonment of your application.*

*TRAVEL DOCUMENT* ☐ *GRANTED*  ☐ *DENIED*

SNJ ADJUDICATION UNIT

Form I-468

**TO BE SUBMITTED WITH ADJUSTMENT OF STATUS APPLICATION**

(SNJ/p/8-22-01)

"Exhibit 5"

ZOE LOFGREN
16TH DISTRICT, CALIFORNIA

* COMMITTEE ON THE JUDICIARY
  SUBCOMMITTEE ON COURTS, THE INTERNET,
  AND INTELLECTUAL PROPERTY
  SUBCOMMITTEE ON IMMIGRATION,
  BORDER SECURITY, AND CLAIMS

* COMMITTEE ON HOMELAND SECURITY
  SUBCOMMITTEE ON INTELLIGENCE, INFORMATION
  SHARING, AND TERRORISM
  RISK ASSESSMENT, **RANKING MEMBER**
  SUBCOMMITTEE ON ECONOMIC SECURITY,
  INFRASTRUCTURE PROTECTION, AND CYBERSECURITY
  SUBCOMMITTEE ON MANAGEMENT, INTEGRATION,
  AND OVERSIGHT

* COMMITTEE ON HOUSE ADMINISTRATION

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0516

PLEASE RESPOND TO:

☐ 102 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3072
(202) 225 3336 (FAX)

☐ 635 NORTH FIRST STREET
SUITE B
SAN JOSE, CA 95112
(408) 271-8700
(408) 271-6713 (FAX)

☐ zoe.lofgren@mail.house.gov
www.house.gov/lofgren

April 25, 2006

Ms. Tiffany Le
2135 Little Orchard Street, #85
San Jose, CA 95125

Dear Ms. Le:

Recently, I received a reply from US Citizenship and Immigration Services in response to our inquiry on your behalf concerning your parents' immigrant petitions – Mr. Thanh Ba Le and Mrs. Ha Thi Nguyen.

According to the USCIS, processing of your parents' cases have been delayed. USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit which your parents are seeking. USCIS will make every effort to make a decision on this case as soon as the security checks are complete.

Further, USCIS informed us that your parents are missing biometrics information captured on form I-89. They should make an appointment with the local USCIS office (in the USCIS website INFOPASS) to have the Form I-89 prepared and submitted to be used in card production when all checks and adjudication is completed.

Please do not hesitate to call Ricky Le, who has been assisting me with your case, if you find the information from the USCIS is unclear. He can be reached at (408) 271-8700.

I am pleased that my office was able to make this inquiry on your behalf. Please do not hesitate to contact me again should you need assistance in the future on this or any other federal matter.

Sincerely,

Zoe Lofgren
Member of Congress

ZL:RL

"Exhibit 6"

Yahoo! Mail - thaoba@yahoo.com

**Date:** Mon, 1 Aug 2005 22:58:00 -0700 (PDT)

**From:** "Tiffany Le" <thaoba@yahoo.com>  [ ] View Contact Details

**Subject:** checking status

**To:** fbinn-public fbi.gov

Dear Sir or Madam:

We would like to know that the names below are cleared by the FBI yet. Actually, we wait more than 6 months since the day of interview. We hope that we can be cleared from FBI, then we will receive the green cards as soon as possible. We plan to travel out of the U.S.

THANH BA LE
03/27/1928
A97-892-565

HA THU NGUYEN
09/15/1939
A97-892-567

I looking forward to hearing from you soon.

Thanks for your consideration and time.

Regards,

Thanh Le & Ha Nguyen

**"Exhibit 7"**

ZOE LOFGREN
16TH DISTRICT, CALIFORNIA

● COMMITTEE ON THE JUDICIARY
SUBCOMMITTEE ON COURTS, THE INTERNET,
AND INTELLECTUAL PROPERTY
SUBCOMMITTEE ON IMMIGRATION,
BORDER SECURITY, AND CLAIMS

● COMMITTEE ON HOMELAND SECURITY
SUBCOMMITTEE ON INTELLIGENCE, INFORMATION
SHARING, AND TERRORISM
RISK ASSESSMENT, RANKING MEMBER
SUBCOMMITTEE ON ECONOMIC SECURITY,
INFRASTRUCTURE PROTECTION, AND CYBERSECURITY

● COMMITTEE ON HOUSE ADMINISTRATION
SUBCOMMITTEE ON MANAGEMENT, INTEGRATION,
AND OVERSIGHT

## Congress of the United States
### House of Representatives
### Washington, DC 20515-0516

PLEASE RESPOND TO:

☐ 102 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3072
(202) 225-3336 (FAX)

☐ 635 NORTH FIRST STREET
SUITE E
SAN JOSE, CA 95112
(408) 271-8700
(408) 271-8713 (FAX)

☐ zoe.lofgren@mail.house.gov
www.house.gov/lofgren

March 29, 2006

Ms. Tiffany Le
2135 Little Orchard Street, #85
San Jose, CA 95125

Dear Ms. Le:

Thank you for contacting my office regarding your parents' adjustment of status petition.

We will immediately follow up with the US Citizenship and Immigration Services and will notify you as soon as we have a response.

Please be assured that we will let you know if there are any unexpected delays. In the meantime, if you have any additional questions, please feel free to contact Ricky Le of my staff who is assisting me with your case. He can be reached at (408) 271-8700.

It is a pleasure serving you, and I look forward to providing you with an answer as soon as possible.

Sincerely,

Zoe Lofgren
Member of Congress

ZL:RL

**"Exhibit 8"**

Tiffany Le
2135 Little Orchard St. #85
San Jose, Ca 95125
408-947-1761 (H)
408-420-0060 (Cell)
Email: thaoba@yahoo.com


**To**: USCIS in San Jose
Attn: Francis D. Siciliano, Director of San Jose office
C/C: Zoe Lofgren, Congresswoman of California
Address: 1887 Monterey Road, San Jose, CA 95112


### RE: GREEN CARD CLAIM

THANH BA LE
3/12/1928 (birth date)
A97-892-568
SS# 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

HA THU NGUYEN
9/15/1938 (birth date)
A97-892-567
SS# 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


Dear Mr. Siciliano:

My name is Tiffany Le, the daughter of Mr. Thanh Le and Mrs. Ha Nguyen. I am writing this letter on behalf of them to ask your help about the case of my parents. They came to the United States on 10/17/03 as tourists. On 3/22/2004, I filed the adjustment of status for my parents to become permanent residents in the U.S. They have social security numbers and alien numbers after the interview with an INS officer on 2/15/05. The interviewer said my parents expected to have green cards within 90 days.

However, my parents did not receive any letter or green cards although I have tried to contact a local INS four times for checking their case status information. The first officer said their case was still pending for FBI background check. I came back a local INS 3 months later, the second one found out that they forgot to enter original birth place of my parents, so he thought their case was delayed due to it, and he fixed it then. The third and fourth officers said the same thing as the first one. They all asked my parents waiting but they did not give me the approximate time. Now it is more than a year since the interview day. I really want to know when my parents actually have green cards.

I also sent an email to FBI on 8/1/05 and filed inquire forms on 10/19/05 but still did not receive any response from FBI and INS as well. **Please advise me what I need to do for my parents and when they actually have green cards.** Again, could you please issue green cards for them and let me know if any things need to submit for completing their file.

I thank you for your consideration and assistance and look forward to hearing from you as soon as possible. Please contact me at the address or phone numbers above if you have any questions or concerns.

Regards,

Tiffany Le

Enclosed:

1. 2 Inquiry forms
2. An email sending to FBI
3. 2 fingerprint receipts
4. 2 interview receipts
5. 2 approval notices

**"Exhibit 9"**



**INFOPASS**
Your e-Ticket to Immigration
Information

**Name: Tiffany Le**

**Appointment** Question about case
**Type:**

**Confirmation No.: SNJ-05-40756**      **Authentication Code: 1770a**

**Appointment October 19,**      **Appointment Time: 2:15 PM**
**Date: 2005**

**Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

Please be on time. Failure to show up on time will result in the cancellation of
your appointment. You will then need to reschedule your appointment. You will
not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this
  appointment letter.
- Acceptable forms of identification are any of the following: Government
  issued identification, passport, valid driver's license, I-94, Work
  Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all
  applicable immigration forms, letters, receipts, translations and originals
  of supporting documents.

**This is your Confirmation
Number:**



\* S N J - 0 5 - 4 0 7 5 6 \*

**If you wish to cancel this appointment, you will need the
following Personal Identification Number:**
*68690*

"Exhibit 10"

# INFOPASS
Your e-Ticket to Immigration
Information

**Name:** **Tiffany Le**

Appointment Question about case
Type:

Confirmation SNJ-06-15645
No.:

Authentication 1770a
Code:

Appointment **May 31, 2006**
Date:

Appointment **1:45**
Time: **PM**

Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

## This is your Confirmation Number:



* S N J - 0 6 - 1 5 6 4 5 *

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 42139

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

**"Exhibit 11"**

*[handwritten notes:]*

Waste: Name Check
Complete on 8/06. → Arrived from
USCIS on 10/90/06
→ USCIS will send approval letter within
2-9 wks.
Ha Nguyen: still pending for name check



**INFOPASS**
Your e-Ticket to Immigration
Information.

Name: **Tiffany Le**

Appointment Question about case
Type:

Confirmation SNJ-06-31472
No.:

Appointment **October 20, 2006**
Date:

Authentication **1770a**
Code:

Appointment **1:15**
Time: **PM**

Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

This is your Confirmation
Number:

**\* S N J - 0 6 - 3 1 4 7 2 \***

If you wish to cancel this appointment, you will need the
following Personal Identification Number:

**79528**

Please be on time. Failure to show up on time will result in the cancellation of
your appointment. You will then need to reschedule your appointment. You will
not be admitted more than 15 minutes before your scheduled appointment time.

• **You must appear in person and bring photo identification along with this
appointment letter.**

• **Acceptable forms of identification are any of the following: Government
issued identification, passport, valid driver's license, I-94, Work
Authorization Card, or Permanent Resident Card. (Green Card)**

• **In order to serve you more efficiently, we require you to bring all
applicable immigration forms, letters, receipts, translations and originals
of supporting documents.**

"Exhibit 12"


**INFOPASS**
Your e-Ticket to Immigration
information.

**Name:** **Tiffany Le**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-07-14234

**Authentication Code:** 1770a

**Appointment Date:** **June 1, 2007**

**Appointment Time:** **8:00 AM**

Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

## This is your Confirmation Number:



* S N J - 0 7 - 1 4 2 3 4 *

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 52822

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

**"Exhibit 13"**

# INFOPASS
Your e-Ticket to Immigration information.

**Name: Tiffany Le**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-07-30787    **Authentication Code:** 1770a

**Appointment Date:** November 16, 2007

**Appointment Time:** 2:00 PM

**Location:** 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY



## This is your Confirmation Number:

*30006*

# If you wish to cancel this appointment, you will need the following Personal Identification Number:

*SNJ-07-30787*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.
- NOTE: Cell phones that have camera features are not permitted in the waiting room. Food and drinks are not permitted in the building. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.