UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HA NGUYEN,

    Plaintiff(s),

v.

MICHAEL MUKASEY, ET AL.,

    Defendant(s).

No. C 07-06277 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 12/21/07

_____
Signature

Counsel for _____
(Name or party or indicate "pro se")

2