1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

   HA NGUYEN,                              )
                                           )  No. C 07-6277 JCS
                 Plaintiff,                )
                                           )
          v.                               )  **CONSENT TO PROCEED BEFORE A**
                                           )  **UNITED STATES MAGISTRATE**
   MICHAEL MUKASEY, Attorney General of    )  **JUDGE**
   the United States, et al.,              )
                                           )
                 Defendants.                )
                                           )

   In accordance with the provisions of 28 U.S.C. § 636(c), the Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

   Date: March 10, 2008                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                                    /s/
                                           EDWARD OLSEN
                                           Assistant United States Attorney
                                           Attorneys for Defendants


   Consent to Magistrate Jurisdiction
   C 07-6277 JCS                            1