1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
   HA NGUYEN,                          )
12                                      )   No. C 07-6277 JCS
                   Plaintiff,           )
13                                      )
            v.                          )   **STIPULATION TO DISMISS; AND**
14                                      )   **[PROPOSED] ORDER**
   MICHAEL MUKASEY, Attorney General of )
15 the United States, et al.,           )
                                        )
16                 Defendants.          )
                                        )
17 ───────────────────────────────────

18     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the fact that the United States Citizenship and Immigration

21 Services is now prepared to adjudicate Plaintiff's adjustment of status application (Form I-485)

22 and agrees to do so within 30 days after receiving Plaintiff's immunization forms.

23 ///

24 ///

25 ///

26 ///

27

28

Stipulation to Dismiss
C 07-6277 JCS                          1

1    Each of the parties shall bear their own costs and fees.

2  Date: March 10, 2008                                    Respectfully submitted,

3                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
4

5                                                   _____/s/_____
                                                           EDWARD OLSEN[1]
6                                                          Assistant United States Attorney
                                                           Attorneys for Defendants
7

8
                                                    _____/s/_____
9  Date: March 10, 2008                                    ERICH KEEFE
                                                           SHAH PEERALLY
10                                                         Attorneys for Plaintiff

11

12                                    **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date:                                           _____
                                                           JOSEPH C. SPERO
16                                                         United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26   _____

27    [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/s/) within this efiled document.
28

Stipulation to Dismiss
C 07-6277 JCS                                    2