```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HA NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MUKASEY, Attorney General of the United States, et al.,<br><br>    Defendants. | No. C 07-6277 JCS<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's adjustment of status application (Form I-485) and agrees to do so within 30 days after receiving Plaintiff's immunization forms.

///

///

///

///

Stipulation to Dismiss
C 07-6277 JCS                                                                                       1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: March 10, 2008                              Respectfully submitted,

3 |                                                   JOSEPH P. RUSSONIELLO
  |                                                   United States Attorney

5 |                                                   _____/s/_____
  |                                                   EDWARD OLSEN[1]
6 |                                                   Assistant United States Attorney
  |                                                   Attorneys for Defendants

9 | Date: March 10, 2008                              _____/s/_____
  |                                                   ERICH KEEFE
  |                                                   SHAH PEERALLY
10|                                                   Attorneys for Plaintiff

12|                          **ORDER**

13|     Pursuant to stipulation, IT IS SO ORDERED.

15| Date:   March 11, 2008
  |                                                   _____
16|                                                   JOSEPH C. SPERO
  |                                                   United States Magistrate Judge

---

27| [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 07-6277 JCS                                        2